SLIP OPINION

Cite as 2013 Ark. 488

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS ACCESS TO
JUSTICE COMMISSION

**Opinion Delivered** November 21, 2013

## PER CURIAM

Honorable Robin Green, circuit judge, of Bentonville is appointed to the Arkansas Access to Justice Commission for a three-year term to expire October 15, 2016. We thank her for her willingness to serve on this important commission. Honorable Leon Jamison of Pine Bluff, is reappointed to the Arkansas Access to Justice Commission for a three-year term to expire October 15, 2016. We thank him for his continued service. We express our gratitude to Honorable Jim Spears of Fort Smith for his years of valuable service to the commission.

HOOFMAN, J., not participating.